# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0237. ANDREA DAVIS-BROWN v. LAWRENCE BROWN JR.

On September 23, 2025, the trial court entered an order holding Andrea Davis-Brown in contempt for failing to comply with a prior court order incorporating the parties' settlement agreement, as it related to the sale of the marital home. Davis-Brown appealed directly to this Court. We dismissed the appeal for lack of jurisdiction because an application for discretionary review is required to appeal orders in domestic relations cases. See Case No. A26A0619 (Dec. 3, 2025). The same day we dismissed her direct appeal, Davis-Brown filed the instant application for discretionary review of the trial court's September 23 order. Once again, however, we lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35(d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57)

(1989). Davis-Brown filed this application 71 days after entry of the order she wishes to appeal. The application is thus untimely, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  01/02/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*